[No. 32583-3-I. Division One. July 25, 1994.]

RAINIER GLASS COMPANY, INC., *Appellant*, v.
INSURANCE COMPANY OF THE WEST, *Respondent*. .

Appeal from a judgment of the Superior Court for King
County, No. 91-2-19851-9, Steven G. Scott, J., entered March
15, 1993. *Affirmed* by unpublished opinion per Webster, C.J.,
concurred in by Grosse and Baker, JJ.

[No. 29422-9-I. Division One. July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GRANT
MYRON RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00457-5, Nancy A. Holman, J., entered
October 4, 1991. *Remanded* by unpublished opinion per
Agid, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 31706-7-I. Division One. July 25, 1994.]

EUGENE HORBACH, ET AL, *Appellants*, v. G. JAMES
TAMPOURLOS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-17198-0, Ann Schindler, J., entered October
30, 1992. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Pekelis, A.C.J., and Kennedy, J.